UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KAREN CORNER,

  Plaintiff,

v.

BOSE CORPORATION HEALTH
AND INSURANCE BENEFIT PLAN
and STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

  Defendants.

Case No. 16-12506

HON. GERSHWIN A. DRAIN
United States District Judge

HON. DAVID R. GRAND
Magistrate Judge

_____

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that Plaintiff Karen Corner hereby dismisses this action voluntarily in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

        Respectfully submitted,

        s/Robert B. June
        Robert B. June
        Law Offices of Robert June, P.C.
        Attorney for Plaintiff
        415 Detroit Street, 2nd Floor
        Ann Arbor, MI 48104-1117
        Phone: (734) 481-1000
        Primary E-Mail: bobjune@junelaw.com
        Attorney Bar Number: P51149

Dated:  August 29, 2016

## Proof of Service

I certify that on this date I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification of such filing to all counsel of record.

I declare that these statements are true to the best of my information, knowledge, and belief.

                Respectfully submitted,

                s/Robert B. June
                Robert B. June
                Law Offices of Robert June, P.C.
                415 Detroit Street, 2nd Floor
                Ann Arbor, MI 48104-1117
                Phone: (734) 481-1000
                Primary E-Mail: bobjune@junelaw.com
                Attorney Bar Number: P51149

Dated:  August 29, 2016